11081, 11082.   BANK OF BACONTON *et al. v.* DEBERRY *et al.;*
and *vice versa.*

11083.   COWAN *v.* BANK OF BACONTON.

BROYLES, C. J.   Upon all the facts of the case the court did not err in
   awarding a nonsuit.
*Judgment on main bill of exceptions, affirmed; cross-bills dismissed.   Luke
   and Bloodworth, JJ., concur.*
DECIDED MARCH 3, 1920.

   Trover; from city court of Camilla — Judge Burson.   September
26, 1919.

   *Peacock & Gardner, C. E. Crow, J. W. Gardner, J. W. Hill,* for
plaintiff in error.

   *Johnson & Warren, E. E. Cox, E. M. Davis,* contra.

---

11087.   GRIFFIN *et al. v.* HINES, director-general.

BROYLES, C. J.   In this case the evidence of the railroad employees (the
   engineer and fireman of the train that struck and killed the plaintiff's
   mule), which showed that they exercised all ordinary and reasonable
   care and diligence to avoid injuring the mule, was contradicted in
   several material respects by evidence introduced by the plaintiff.   It
   was therefore a question for the jury to decide whether the presump-
   tion of negligence against the defendant, which arose when it was
   shown that the animal had been killed by the running of one of
   the defendant's trains, was rebutted by the evidence adduced; and
   the court erred in directing a verdict for the defendant.
*Judgment reversed.   Luke and Bloodworth, JJ., concur.*
DECIDED MARCH 3, 1920.

   Action for damages; from city court of Americus — Judge Har-
per.   October 30, 1919.

   *Wallis & Fort,* for plaintiffs.

   *Yeomans & Wilkinson, R. T. Hawkins,* for defendant.

---

11090.   WILSON *v.* SMALL, administrator.

BROYLES, C. J.   When this case was here before (20 *Ga. App.* 674, 93
   S. E. 518), the controlling questions of law were settled by this
   court, and the rulings then made became the law of the case.   Upon
   the trial now under review the evidence did not demand the verdict